G



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

3-07CV0595-G

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 06-32726-SGJ-7 |
| LETITIA HUGHES, ) | |
| ) | CIVIL ACTION _____ |
| Debtor. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE BANKRUPTCY COURT, WITHDRAWING THE REFERENCE OF THIS PROCEEDING, AND DIRECTING THE BANKRUPTCY COURT TO HOLD FURTHER HEARINGS AND SUBMIT A SUPPLEMENTAL REPORT AND RECOMMENDATIONS TO THE DISTRICT COURT

Came on for consideration by the United States District Court the Report and Recommendation of the United States Bankruptcy Court in the above-referenced case dated April 3, 2007. Based on the Report and Recommendation, it is hereby

**ORDERED** that the reference of the above case is **WITHDRAWN** to the United States District Court. It is further

**ORDERED** that the following matters are **REFERRED** back to the United States Bankruptcy Court for appropriate hearings and deliberation regarding: (1) Letitia Hughes's ability to pay the monetary sanctions imposed, (2) Letitia Hughes's right to a court-appointed attorney, and (3) whether there are other

appropriate and potentially effective remedies short of incarceration. At the conclusion of such hearings, the bankruptcy court shall submit a supplemental report and recommendation to the district court.

April 4, 2007.

                                                  A. JOE FISH
                                                  CHIEF JUDGE