UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:, | ) | CIVIL ACTION NO. |
| | ) | 3:07-CV-0595-G |
| LETITIA HUGHES, | ) | |
| | ) | BANKRUPTCY NO. |
| Debtor. | ) | 06-32726-SGJ-7 |

## ORDER REGARDING SECOND SUPPLEMENTAL REPORT AND RECOMMENDATION TO DISTRICT COURT

Based on the second supplemental report and recommendation to district court signed by Bankruptcy Judge Jernigan on September 17, 2008,

**IT IS ORDERED** that:

(a) Letitia Hughes be given one additional month in which to complete her payments under the September 24, 2007 Sanction Order, making the deadline for payment in full **October 15, 2008**;

(b) Letitia Hughes be required to appear before Bankruptcy Judge Stacey Jernigan for a status conference on **October 27, 2008 at 10:30 a.m.** concerning her progress in making payments under the September 24, 2007 Sanction Order; and

(c) If Letitia Hughes pays the sanction under the September 24, 2007 Sanction Order in full on or before the proposed extended deadline of October 15,

2008, the status conference on **October 27, 2008 at 10:30 a.m.** should be cancelled.  In all other instances, failure of Letitia Hughes to appear at such status conference before Bankruptcy Judge Stacey Jernigan would be construed as an act in contempt of court.

September 17, 2008.

                                          *A. Joe Fish*
                                          A. JOE FISH
                                          **Senior United States District Judge**